UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:14-cr-00070-SEB-DML |
| JOHNNY HILL, | ) ) -01 |
| Defendant. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Paul R. Cherry's Report and Recommendation that Johnny Hill's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of thirteen (13) months in the custody of the Attorney General or his designee, with no supervised release to follow. The Court recommends placement at FMC Lexington. The Defendant is to be taken into custody immediately.

**SO ORDERED.**

Date: _____10/21/2021_____      _____[signature]_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service